## JOHN McDONELL *versus* JOSEPH JOBIN

JOURNAL ENTRIES (1819): *Journal 2:* (1) Transcript filed *p. 642; (2) appearances, rule to plead *p. 685; (3) cognovit, judgment, execution stayed *p. 694.

PAPERS IN FILE: (1) Appeal bond; (2) transcript of county court record; (3) declaration in county court; (4) plea of *nil debet*; (5) bill of costs; (6) precipe for execution fi. fa.; (7) writ of fi. fa.; (8) precipe for pluries fi. fa.; (9) pluries fi. fa. and return; (10) precipe for second pluries fi. fa.; (11) memo. of costs; (12) money bond signed by Joseph Jobin; (13) receipt signed by J. McDonell; (14) letter from McDonell to William Woodbridge.

*Office Docket*, MS p. 84, c. 23.

## SILAS WILLIAMS *versus* HIRAM PEIRCE AND WOLCOTT LAWRENCE

JOURNAL ENTRIES (1819): *Journal 2:* (1) Transcript filed *p. 642; (2) appearances *p. 686; (3) default judgment *p. 717.

PAPERS IN FILE: (1) Appeal bond; (2) transcript of county court record; (3) declaration in county court; (4) plea of non assumpsit in county court; (5) bill of costs; (6) precipe for execution; (7) promissory note.

*Office Docket*, MS p. 84, c. 24.